

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GARY KREMEN,

             Plaintiff,

v.

STEPHEN MICHAEL COHEN, et al.,,

             Defendant.

NO. C 98-20718 JW

**ORDER MAINTAINING WRIT OF ATTACHMENT ON ANCILLARY COMPLAINT AND DENYING MONTANO PROPERTIES, LLC'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Docket No. 577

This matter came on for hearing on April 2, 2001 on the Order to Show Cause re: maintaining the writ of attachment previously issued by this Court. Ancillary Defendant, Montano Properties, LLC ("Montano"), also filed a Motion to Dismiss Ancillary Complaint for Lack of Subject Matter Jurisdiction on March 21, 2001. James M. Wagstaffe appeared for Ancillary Plaintiff Gary Kremen, Robin Offner appeared for Montano Properties, LLC.

Montano challenges the writ on two grounds: (1) that the Court does not have subject matter jurisdiction over the ancillary complaint; and (2) that the writ cannot issue due to failure to follow procedural requirements. Montano conceded during the hearing that the Court would have jurisdiction if the complaint only asserted remedies based on disgorgement of the properties that were allegedly fraudulently conveyed. In response, Kremen represented that, as to Montano, he seeks only remedies based on disgorgement of the properties (and related claims for determination of

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1  alter ego status for purposes of tracing property or assets, and claims imposing constructive trust on

2  such property or assets, etc.) and agreed to amend the ancillary complaint accordingly.  Kremen

3  indicated that the amended complaint would be filed on April 3, 2001.  In view of Kremen's

4  amendment of the complaint, there remains no dispute that this Court has subject matter jurisdiction

5  over this ancillary action.

6       Montano also contends that the writ is improper for failure to follow procedural

7  requirements.  The Court finds that, in view of the record and the manner in which the attachment

8  issue was raised, as well as the Court's inherent authority, the previously issued writ satisfied the

9  applicable requirements for issuance of such relief.  The Court specifically finds that there was and is

10  ample basis for the issuance of such relief on an emergency basis.  To the extent that a deficiency

11  may have existed in Plaintiff's failure to post a bond, that inadequacy is now cured by the attached

12  bond in the amount of $7,500.00.  The Court further finds that Kremen has demonstrated a strong

13  likelihood of success on the merits, and that Montano has had sufficient notice and an opportunity to

14  be heard.  The previously issued writ of attachment shall therefore be maintained until trial of the

15  ancillary complaint.

16       Finally, in view of Kremen's representation to the Court and his anticipated amendment of

17  the complaint, and Montano's concession that the Court has jurisdiction over the claims related to

18  fraudulent conveyance, Montano's pending Motion to Dismiss is rendered moot.  That motion is

19  therefore DENIED and taken off calendar.

20

21

22  Dated: April 2, 2001

         JAMES WARE
         United States District Judge

23

24  01045800.civ

25

26

27

28                            2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2

3  Charles Carreon
814 East Jackson St., Suite C
Medford, OR  97504

4

5  Robert Selvidge
819 Eddy Street
San Francisco, CA  94109

6

7  Robert S. Dorband
Duboth & Ross LLC
Hampton Oaks, Second Floor

8  6665 Southwest Hampton Street
Portland, OR  97223

9

10  James M. Wagstaffe
Pamela Urueta
Kerr & Wagstaffe

11  100 Spear Str., Suite 1800
San Francisco, CA  94105-1528

12

13  Richard S. Diestel
Alison M. Fee
Bledsoe, Cathcart, Diestel & Pedersen, LLP

14  601 California Street, 16th Floor
San Francisco, CA  94108

15

16  Robin Offner
Robin Offner & Associates APC
501 West Broadway, Suite 2020

17  San Diego, CA  92101

18  Martin Moroski
Steven Adamski

19  SINSHEIMER, SCHIEBELHUT, BAGGETT
& TANGEMAN

20  1010 Peach Street, Post Office Box 31
San Luis Obispo, CA  93406-0031

21

22  **Dated:** 4/3/01

23

24  **Richard W. Wieking, Clerk**

By:_____
**Ronald L. Davis**
**Courtroom Deputy**

25

26

27

28