IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KREMEN, | No. C-06-2554 MMC |
|     Plaintiff<br>v. | **ORDER OF REFERRAL** |
| AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., | |
|     Defendant / | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge James Ware for consideration of whether the case is related to <u>Kremen v. Cohen, et al.</u>, C-98-20718 JW PVT.

**IT IS SO ORDERED.**

Dated: June 12, 2006

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge