IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kremen | NO. C 98-20718 JW |
| Plaintiff,<br>v.<br>Stephen Cohen,<br>Defendant. | **ORDER SETTING BRIEFING SCHEDULE FOR HEARING ON DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY** |

On October 31, 2006, Defendant filed an Ex Parte Application for Release from Custody or in the Alternative, an Expedited Hearing Date. The Court sets this motion for a hearing on **December 4, 2006 at 9 a.m.** The parties shall adhere to the following briefing schedule:

a. Plaintiff's opposition, if any, shall be filed no later than November 15, 2006.

b. Defendant's reply, if any, shall be filed no later than November 17, 2006.

Dated: November 3, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chad S. Hummel chummel@manatt.com
Christopher L. Wanger cwanger@manatt.com
David Henry Dolkas ddolkas@mwe.com
George G. Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
Jack S. Yeh jyeh@manatt.com
James M. Wagstaffe wagstaffe@kerrwagstaffe.com
John P. Kern jkern@manatt.com
Karl Stephen Kronenberger karl@kronenbergerlaw.com
Patricia De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Steve Emery Teich steve.teich@sbcglobal.net
Terri R Hanley law@terrihanley.com

Dated:  November 3, 2006                    Richard W. Wieking, Clerk

                                            By:     /s/ JW Chambers
                                                    Elizabeth Garcia
                                                    Courtroom Deputy