**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kremen,<br><br>      Plaintiff,<br>   v.<br><br>Stephen M. Cohen, et al.,<br><br>      Defendants. | NO. C 98-20718 JW<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE OF HEARING FOR RELEASE FROM CUSTODY, OR IN THE ALTERNATIVE, AN EXPEDITED HEARING DATE** |

Plaintiff's Ex Parte Application for Continuance of Hearing for Release from Custody, or in the Alternative, an Expedited Hearing Date, is DENIED. The hearing will be conducted on **December 4, 2006 at 9 AM.**

Dated: November 9, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chad S. Hummel chummel@manatt.com
Christopher L. Wanger cwanger@manatt.com
David Henry Dolkas ddolkas@mwe.com
George G. Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
Jack S. Yeh jyeh@manatt.com
James M. Wagstaffe wagstaffe@kerrwagstaffe.com
John P. Kern jkern@manatt.com
Karl Stephen Kronenberger karl@kronenbergerlaw.com
Patricia De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Steve Emery Teich steve.teich@sbcglobal.net
Terri R Hanley law@terrihanley.com

**Dated: November 9, 2006**                            **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**