IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kremen, | NO. C 98-20718 JW |
| Plaintiff, | **ORDER OF RELEASE** |
| v. | |
| Stephen Michael Cohen, et al., | |
| Defendants. | |

Pursuant to the Court's December 5, 2006 Order Granting Defendant's Application from Release from Custody, the United States Marshals shall release Defendant Stephen Michael Cohen as of the date of this Order.

Dated:  December 5, 2006

JAMES WARE
United States District Judge

**THIS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chad S. Hummel chummel@manatt.com
Christopher L. Wanger cwanger@manatt.com
David Henry Dolkas ddolkas@mwe.com
George G. Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
Jack S. Yeh jyeh@manatt.com
James M. Wagstaffe wagstaffe@kerrwagstaffe.com
John P. Kern jkern@manatt.com
Karl Stephen Kronenberger karl@kronenbergerlaw.com
Patricia De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Steve Emery Teich steve.teich@sbcglobal.net
Terri R Hanley law@terrihanley.com

**Dated:  December 5, 2006**                                **Richard W. Wieking, Clerk**

                                                            **By:  /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California