IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kremen, | NO. C 98-20718 JW |
| Plaintiff,<br>v. | **ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION OF ATTORNEY** |
| Stephen Cohen, et al., | |
| Defendants. | |

On February 26, 2007, the Court conducted a Hearing on Judgment/Debtor Satisfaction and Defendant Stephen Cohen's ("Cohen") Motion for Substitution of Attorney. In attendance were Richard Idell and Timothy Dillon, counsel for Plaintiff; Steve Teich, counsel for Cohen; and Cohen. The Court orders as follows:

1. Pursuant to the parties' verbal stipulation during the hearing, service on Steve Teich's office, located at 1390 Market Street #310, San Francisco, CA 94102, is equivalent to personal service on Cohen. This is true for matters relating to both the civil and contempt proceedings in this case.

2. Cohen's motion to substitute counsel for John Goalwin is granted as to himself only. Cohen shall represent himself in further proceedings before the Court.

3. The Court grants Cohen's request to designate this case for e-filing. The parties shall electronically file any further documents in this case.

Dated: February 27, 2007

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chad S. Hummel chummel@manatt.com
Christopher L. Wanger cwanger@manatt.com
Daniel E. Alberti dalberti@mwe.com
David Henry Dolkas ddolkas@mwe.com
George G. Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
Jack S. Yeh jyeh@manatt.com
James M. Wagstaffe wagstaffe@kerrwagstaffe.com
John P. Kern jkern@manatt.com
Karl Stephen Kronenberger karl@kronenbergerlaw.com
Patricia De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Steve Emery Teich steve.teich@sbcglobal.net
Terri R Hanley law@terrihanley.com

**Dated:  February 27, 2007**               **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**

United States District Court
For the Northern District of California