UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GARY KREMEN, | ) | Case No.: C 98-20718 JW (PVT) |
| Plaintiff, | ) | **INTERIM ORDER DENYING DEFENDANT COHEN'S REQUESTS FOR SANCTIONS WITHOUT PREJUDICE; RE-SCHEDULING REMAINDER OF DEFENDANT COHEN'S TWO MOTIONS TO QUASH AND FOR PROTECTIVE ORDERS; AND STAYING SUBPOENAS** |
| v. | ) | |
| STEPHEN MICHAEL COHEN, et al., | ) | |
| Defendants. | ) | |

On March 8, 2007, Defendant Cohen filed two motions, each of which seeks to have a subpoena quashed, a protective orders and an order for sanctions.[1]  Having reviewed the papers submitted, the court finds it appropriate to issue this interim order.  Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that the requests for sanctions contained in Defendant Cohen's aforementioned motions are DENIED, without prejudice to motions brought separately, as required by Civil Local Rule 7-8(a).

IT IS FURTHER ORDERED that the hearing on Defendant Cohen's motions to quash and for protective orders is hereby re-scheduled for 10:00 a.m. on April 24, 2007 before

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

Magistrate Judge Patricia V. Trumbull[2] in courtroom 5 of this court.  If Defendant Cohen or any attorney of record who will be appearing at the hearing has a scheduling conflict with this hearing date, he or she shall promptly file either a stipulation or motion under Civil Local Rule 6-3 requesting another hearing date.

IT IS FURTHER ORDERED that, pending resolution of these two pending motions, the subpoenas Plaintiff's counsel issued to Walt Howard and the Bureau of Security and Investigative Services are STAYED.  Plaintiff's counsel shall promptly notify these non-parties that the subpoenas are stayed, and in the event either non-party nonetheless produces documents, neither Plaintiff nor his counsel shall read or review any of the documents absent further order of the court.

Dated: *3/8/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil Cases, in cases assigned to district judges all disclosure or discovery disputes (included any motions for discovery-related sanctions) are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a).

ORDER, *page 2*