UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN MICHAEL COHEN, et al.,<br><br>　　　　Defendants. | Case No.: C 98-20718 JW (PVT)<br><br>**Order CONTINUING Hearing on Defendant Cohen's Three Motions to Quash and for Protective Orders** |

On March 8, 2007, Defendant Cohen filed two motions, each of which seeks to have a subpoena quashed, a protective orders and an order for sanctions.[1]  On March 13, 2007, Defendant Cohen filed a third motion that seeks to have a subpoena quashed, for a protective order and for sanctions.  Based on the court's scheduling needs,

IT IS HEREBY ORDERED that the hearings on all three motions are CONTINUED to 10:00 a.m. on May 1, 2007 before Magistrate Judge Patricia V. Trumbull in courtroom 5 of this court.  If Defendant Cohen or any attorney of record who will be appearing at the hearing has a scheduling conflict with this hearing date, he or she shall promptly file either a stipulation or motion under Civil Local Rule 6-3 requesting another hearing date.

Dated: *3/19/07*

　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

Order, *page 1*