UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>           Plaintiff,<br><br>    v.<br><br>STEPHEN MICHAEL COHEN, et al.,<br><br>           Defendants. | Case No.: C 98-20718 JW (PVT)<br><br>**INTERIM ORDER DENYING DEFENDANT COHEN'S REQUESTS FOR SANCTIONS WITHOUT PREJUDICE; AND STAYING SUBPOENA SERVED ON SOUTHWEST AIRLINES** |

       On March 13, 2007, Defendant Cohen filed a motion seeking an order quashing a subpoena that was served on Southwest Airlines, a protective order, and an order for sanctions.[1] Having reviewed the papers submitted, the court finds it appropriate to issue this interim order. Based on the moving papers and the file herein,

       IT IS HEREBY ORDERED that the request for sanctions contained in Defendant Cohen's aforementioned motion is DENIED, without prejudice to a motion brought separately, as required by Civil Local Rule 7-8(a).

       IT IS FURTHER ORDERED that, pending resolution of this motion, the subpoena Plaintiff's counsel served on Southwest Airlines is STAYED. Plaintiff's counsel shall promptly

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

notify Southwest Airlines that the subpoena is stayed, and in the event Southwest Airlines nonetheless produces documents, neither Plaintiff nor his counsel shall read or review any of the documents absent further order of the court.

Dated: *3/19/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge