UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN MICHAEL COHEN, et al.,<br><br>    Defendants. | Case No.: C 98-20718 JW (PVT)<br><br>**ORDER RE PLAINTIFF'S OBJECTIONS** |

On April 10, 2007, Plaintiff filed evidentiary objections to Defendant Cohen's ("Defendant") motions.[1]  Based on the objections filed and Defendant's motion papers,

IT IS HEREBY ORDERED that Plaintiff's objections are overruled as MOOT in light of this court's ruling on Defendant's motions, filed concurrently herewith.  Plaintiff did not assert any objections to the copies of the three subpoenas submitted with Defendant's motions, and Plaintiff has not contended they are not accurate copies of the subpoenas served by Plaintiff on Walter Howard, the Bureau of Security and Investigative Services, and Southwest Airlines.  In light of the court's finding that all three subpoenas are defective on their face, Plaintiff's objections to Defendant's other assertions of fact are moot.

Dated: *4/16/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*