UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>            Plaintiff,<br><br>   v.<br><br>STEPHEN MICHAEL COHEN, et al.,<br><br>            Defendants. | Case No.: C 98-20718 JW (PVT)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

On June 5, 2007, Plaintiff filed a request that this court take judicial notice of various documents and activities of record in this action.[1]  Based on the request for judicial notice filed and the file herein,

IT IS HEREBY ORDERED that Plaintiff's request for judicial notice is DENIED as unnecessary, both because all of the items are already part of the record in this action and because they are irrelevant to the present discovery motion.

Dated: *6/25/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*