IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kremen, | NO. C 98-20718 JW |
| Plaintiff, | **ORDER DENYING STIPULATION** |
| v. | |
| Stephen M. Cohen, et al., | |
| Defendants. | |

Plaintiff Gary Kremen ("Kremen") and non-party American Registry for Internet Numbers ("ARIN") have stipulated that the Court should "issue an Order removing any obligation or duty of ARIN to provide Kremen any resources under the 2001 *ex parte* Order or the 2006 Modified Order, but that the 2006 Modified Order not be vacated in its entirety." (See Docket Item No. 1300.)

The Court denies the stipulation as vague. In particular, the stipulation does not specify which of the seven orders in the "Conclusion" section of the 2006 Order the parties wish to have vacated. This denial is without prejudice; Kremen and ARIN may submit a more specific stipulation for the Court's approval.

Dated: July 5, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel E. Alberti dalberti@mwe.com
David Henry Dolkas ddolkas@mwe.com
George G. Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
James M. Wagstaffe wagstaffe@kerrwagstaffe.com
Karl Stephen Kronenberger karl@kronenbergerlaw.com
Nadya Yael Spivack nspivack@dillongerardi.com
Patricia De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Stephen Michael Cohen mrstephenmcohen@yahoo.com
Steve Emery Teich steve.teich@sbcglobal.net
Terri R Hanley law@terrihanley.com
Timothy Patrick Dillon tdillon@dillongerardi.com

**Dated:  July 5, 2007**                                                     **Richard W. Wieking, Clerk**

                                                                             **By:  /s/ JW Chambers**
                                                                                   **Elizabeth Garcia**
                                                                                   **Courtroom Deputy**