UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date: 8/6/2007**  **Court Reporter: Lee-Anne Shortridge**
**Case No: C- 98-20718 JW**  **Interpreter: N/A**

## TITLE

**Gary Kremen et al . v. Stephen Michael Cohen et al**

**Attorney(s) for Plaintiff(s)**: Richard Idell
**Attorney(s) for Defendant(s)**: Stephen Michael Cohen (in pro per)

## PROCEEDINGS

(1) Defendant's Amended Rule 60 Motion and In the Alternative A Motion Based upon Subject Matter Jurisdiction and Lack of Standing; A Motion for a Constructive Trust; and Order of Examination of Gary Kremen [Docs. 1296, 1279, 805]
(2) Dependant's Ex Parte Motion Pursuant to Local Rule for An Order Denying Plaintiffs Application and Order for Appearance of Examination [Doc. 1325]

## ORDER AFTER HEARING

Hearing Held.  The Court took these motions under submission after oral arguments.  The Court set the date for Debtor Examination for 10/1/2007.  Defendant Cohen and Plaintiff Stipulated on the record that the Debtor Examination shall be held in San Diego, California.  Plaintiff counsel shall service documents on Defendant through the Court's electronic court filing system.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: