| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 06 2008 |
| | MOLLY C. DWYER, CLERK OF COURT<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| GARY KREMEN,<br><br>        Plaintiff - Appellee,<br><br>V.<br><br>STEPHEN MICHAEL COHEN,<br><br>        Defendant - Appellant. | No. 08-15824<br>D.C. No. 5:98-CV-20718-JW<br>Northern District of California,<br>San Jose<br><br>**MANDATE** |

The judgment of this Court, entered 5/15/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Synitha Walker
Deputy Clerk