Exhibit "K"

Stephen Michael Cohen
A.V La Marina Edif.13 Dep.1
Fraccionamiento El Toro C.P 82120
Mazatlan, Sinaloa Mexico

Email mrstephenmcohen@yahoo.com

Petitioner/Defendant in PRO SE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY KREMEN,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>STEPHEN MICHAEL COHEN, at al.,<br><br>    Defendants. | CASE NUMBER _____<br><br>DECLARATION OF STEPHEN MICHAEL<br>COHEN IN SUPPORT OF HIS<br>EMERGENCY WRIT OF MANDAMUS<br><br><br>District Court Case Number<br>CV 98-20718 JW PVT |

I, Stephen Michael Cohen hereby declare that:

I have read each and every statement made in my "Emergency Writ of Mandamus and all of the exhibits which are attached and each statement made by me true and correct.

Further, the exhibits attached are true and correct copies of the originals.

At this time, I am without the necessary funds to travel at my own expense. I am trying to borrow the necessary funds

DECLARATION OF STEPHEN MICHAEL
COHEN IN SUPPORT OF HIS
EMERGENCY WRIT OF MANDAMUS

1

1
2   and as of this date and time, no one is willing to loan me the
3   funds.
4        I declare under the penalty of perjury that the foregoing
5   is true and correct.
6        Executed on this 18th day of February, in the City of
7   Mazatlan, Mexico.
8
9
10
11                                    /s/
12                                    Stephen Michael Cohen
                                      Declarant
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPHEN MICHAEL
COHEN IN SUPPORT OF HIS
EMERGENCY WRIT OF MANDAMUS
                              2

# EXHIBIT "A"

Exhibit "A"

1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3       SAN JOSE DIVISION

4

5  GARY KREMEN, ET AL.,  ) C-98-20718-JW
            )
6     PLAINTIFFS,  ) DECEMBER 4, 2006
            )
7      V.    )
            )
8  STEPHEN COHEN, ET AL., ) PAGES 1-44
            )
9     DEFENDANTS.  )
  _____ )
10

11    THE PROCEEDINGS WERE HELD BEFORE

12   THE HONORABLE UNITED STATES DISTRICT

13      JUDGE JAMES WARE

14  A P P E A R A N C E S:

15 FOR THE PLAINTIFFS: MR. IDELL & SEITEL
         BY:  RICHARD J. MR. IDELL
16        465 CALIFORNIA STREET
         SUITE 300
17        SAN FRANCISCO, CALIFORNIA 94104

18        DILLON & GERARDI
         BY:  TIMOTHY P. DILLON
19        4660 LA JOLLA VILLAGE DRIVE
         SUITE 775
20        SAN DIEGO, CALIFORNIA 92122

21 FOR THE DEFENDANTS: THE LAW OFFICE OF STEVE EMERY
         TEICH
22        BY:  STEVEN EMERY TEICH
         1390 MARKET STREET
23        SUITE 310
         SAN FRANCISCO, CALIFORNIA 94102
24

25 OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
         CERTIFICATE NUMBER 8074

                  1

1    HAVE TO REMOVE MR. COHEN, AND WE INTERRUPT THAT

2    PROCESS, GO AHEAD AND DO SO SO WE CAN KEEP MOVING

3    ON OUR REGULAR CALENDAR BUT MAKE HIM AVAILABLE AS

4    MUCH AS YOU CAN.

5              (WHEREUPON, A RECESS WAS TAKEN.)

6              THE COURT:  CALL THE CALENDAR.

7              THE CLERK:  RECALLING CASE NUMBER

8    98-20718, GARY KREMEN VERSUS STEPHEN COHEN.

9              MR. TEICH:  GOOD AFTERNOON.  STEVE TEICH

10   WITH MR. COHEN AND WHO IS IN CUSTODY AND WE DID ALL

11   OF THE REQUESTED DOCUMENTS.

12             MR. IDELL:  THE ONLY THING WITH REGARD TO

13   WHAT HAS BEEN FILED IS AN ASSOCIATION EXECUTED I

14   BELIEVE BY MR. COHEN I THINK IN ORDER WOULD HAVE

15   BEEN A SUBSTITUTION OF COUNSEL SUBSTITUTING OUT

16   MR. GOALWIN IF HE'S GOING OUT OR SOME EVIDENCE THAT

17   MR. TEICH IS, IN FACT, MR. COHEN'S LAWYER IN THIS

18   CASE.

19             SO THAT'S ONE ORDER OF BUSINESS THAT WE

20   WOULD LIKE TO SEE HAPPEN IN WHATEVER MANNER THE

21   COURT WOULD LIKE TO SEE IT PREPARED.

22             THE COURT:  MR. TEICH, WHAT IS YOUR

23   STATUS?  ARE YOU NOW REPRESENTING MR., MR. COHEN?

24             MR. TEICH:  YES, ALONG WITH MR. GOALWIN

25   FOR PURPOSES OF THESE PROCEEDINGS.  MY

                                              31

1    UNDERSTANDING IS THAT THIS CASE IS CLOSED.  I'VE

2    SEEN IT IN THE DOCKET THAT HE WAS IN CUSTODY, AND

3    I'VE GOTTEN INTO THIS CASE AND TO HELP HIM GET OUT

4    OF CUSTODY AND AFTER THAT THERE IS NOTHING FURTHER

5    GOING ON IN THIS CASE TO MY UNDERSTANDING,

6    MR. GOALWIN CONTINUES TO BE THE ATTORNEY OF RECORD

7    AND I AM APPEARING FOR, AS ON, ON MR. COHEN'S

8    BEHALF AS HIS ATTORNEY.

9             MR. IDELL:  THAT, YOUR HONOR, WOULD NOT

10    BE OUR UNDERSTANDING.  WE UNDERSTOOD, YOU KNOW THAT

11    MR. COHEN HAS TOLD US FOR 13 MONTHS HE HAS TO GET

12    OUT AND COMPLETE HIS RECORDS AND COMPLETE THE

13    ACCOUNTING AND THE ACCOUNTING IS NOT COMPLETE.

14    THERE ARE HOLES IN IT AND CERTAINLY NOW HE COULD

15    FULFILL HIS STATEMENTS THAT HE'LL FIND OUT ABOUT

16    HIS BANK ACCOUNTS AND GET HIS RECORDS AND FIND OUT

17    WHERE THE MONEY IS AND FILL IN THE BLANKS AND MAKE

18    A TRIP TO LICHTENSTEIN AND FIND OUT WHAT IS GOING

19    ON THERE WITH THE ACCOUNTS AND ALL OF THE THINGS

20    HE'S BEEN TELLING US HE CAN'T DO HE SHOULD BE ABLE

21    TO DO NOW THAT HE'S GOING TO BE, TO BE OUT OF, OUT

22    OF CUSTODY.

23             SO --

24             THE COURT:  WELL, I CANNOT ORDER HIM TO

25    HIRE A LAWYER OR TO HAVE A LAWYER BUT I CAN, IF YOU

32

1    ASK ME TO, SET A DATE FOR, FOR A FURTHER

2    EXAMINATION OF, OF JUDGMENT DEBTOR AND ORDER THAT

3    HE BE HERE.

4              MR. IDELL:  YOUR HONOR, ON THAT --

5              THE COURT:  AND ALLOW YOU TO, TO ASK

6    FURTHER QUESTIONS OF HIM AND, AND TO CONTINUE THAT

7    PROCESS BECAUSE THAT IS A RECOGNIZED PROCESS OF THE

8    COURT BUT I WON'T, I WON'T CONTROL WHO HE IS

9    REPRESENTED BY OR TO DO ANYTHING OTHER THAN TO

10   ORDER HIM TO APPEAR FOR THOSE PURPOSES.

11             MR. IDELL:  I APPRECIATE THAT, YOUR

12   HONOR, AND THAT WAS NEXT ON MY LIST.  WE WOULD LIKE

13   TO DO THAT.

14             THE COURT:  WHAT DATE DO YOU HAVE IN

15   MIND?

16             MR. IDELL:  WELL, THE END OF FEBRUARY

17   WOULD BE A SUITABLE DATE, SOME TIME AT THE END OF

18   FEBRUARY.

19             THE COURT:  COUNSEL OR MR. COHEN THE END

20   OF FEBRUARY THAT WOULD BE THE WEEK OF

21   FEBRUARY 26TH, MONDAY, FEBRUARY 26TH WOULD BE OUR

22   REGULAR LAW AND MOTION CALENDAR.

23             MR. IDELL:  THAT WOULD BE FINE.

24   FEBRUARY 26TH.

25             THE COURT:  DON'T SAY YES IF YOU DON'T

                                                    33

U.S. COURT REPORTERS

1   INTEND TO APPEAR HERE BECAUSE THE FAILURE TO APPEAR

2   IF I ORDER YOU TO BE HERE IS YET ANOTHER VIOLATION

3   OF, OF A COURT ORDER AND SO I WOULD -- MY ORDER OF

4   RELEASE WOULD SAY YOU ARE ORDERED TO BE HERE ON

5   FEBRUARY 26TH AT, AT -- WELL, THIS WOULD BE A CIVIL

6   MATTER.  SO AT 9:00 O'CLOCK FOR, FOR A, FOR A, AN

7   EXAMINATION OF, OF JUDGMENT DEBTOR.

8          AND, AND SINCE I'M, I'M ORDERING THAT

9   HERE WITH YOU PRESENT IN COURT, IT WON'T BE ANY

10  EXCUSE THAT YOU SOMEHOW DIDN'T UNDERSTAND THAT YOU

11  WANTED TO PERSONALLY BE HERE, YOU HAVE TO

12  PHYSICALLY PERSONALLY BE HERE UNLESS COUNSEL

13  STIPULATED TO EXCUSE YOU BECAUSE LOTS CAN HAPPEN

14  BETWEEN NOW AND THEN WHERE YOU MIGHT SATISFY THEM

15  AS TO INFORMATION BUT ALTHOUGH THAT EXAMINATION YOU

16  WOULD BE SWORN BY THE COURT AND BE BOUND TO ANSWER

17  ANY QUESTIONS THAT COUNSEL MIGHT PUT TO YOU FOR

18  THAT PURPOSE.

19          DO YOU UNDERSTAND?

20          THE DEFENDANT:  YES, I DO, SIR.

21          MR. IDELL:  AND, YOUR HONOR, ALONG THOSE

22  LINES, WE DO NOT HAVE ANY ADDRESS FOR MR. COHEN.

23  WE WOULD BE ASKED WE BE ALLOWED TO SERVE ANY PAPERS

24  ON MR. TEICH OR WHOEVER IT IS THAT IS GOING TO BE

25  COUNSEL FOR MR. COHEN FROM THIS DAY FORWARD SO WE

34

1    DON'T HAVE ANY PROBLEMS WE HAVE RUN INTO IN THE

2    PAST WHERE MR. COHEN IS NOT IN CUSTODY TELLING HIM

3    WE DIDN'T PROPERLY SERVE HIM OR HE DOESN'T HAVE AN

4    ADDRESS.

5         THE STATEMENT WAS MADE EARLY TODAY THAT

6    HE LIVES IN SAN DIEGO AND THAT'S THE FIRST WE HEARD

7    OF THAT BECAUSE WE DON'T HAVE AN ADDRESS BUT TO GET

8    AROUND ALL OF THAT WE WOULD ASK THAT WE BE ALLOWED

9    TO SERVE MR. TEICH AND GOALWIN WITH ANY PAPERS TO

10   BE SERVED ON MR. COHEN SO WE CAN DO THAT.

11        THE COURT:  WHAT IS YOUR RESPONSE?

12        MR. TEICH:  COULD I HAVE ONE MOMENT?  I

13   HAVE NO PROBLEM ACCEPTING SERVICE.  I'LL BE IN

14   CONTACT WITH MR. COHEN, BUT I FULLY EXPECT THAT FOR

15   THE SUBSEQUENT PROCEEDINGS OF A CIVIL NATURE, THAT

16   HE WILL, HE WILL HAVE A DIFFERENT ATTORNEY OR

17   HIMSELF AND HE WILL BE HERE.

18        MY SPECIALTY IS WHAT I HAVE ACCOMPLISHED

19   SO I DON'T WANT TO MAKE ANY MISREPRESENTATION TO

20   THE COURT BUT I WILL CERTAINLY ACCEPT SERVICE AND I

21   WILL BE IN CONTACT WITH MR. COHEN AND IF WE GET A

22   NEW CIVIL ATTORNEY, HE WILL -- I WILL MAKE SURE

23   THAT HE CONTACTS -- SUBSTITUTES IN AND IS IN

24   CONTACT WITH THE COURT AND OTHER COUNSEL

25        THE COURT:  WELL, LET ME DO IT THIS WAY,

35

1    I'LL CONDITION HIS RELEASE ON YOUR, ON YOUR SERVING

2    AS, AS COUNSEL FOR PURPOSES OF SERVING ANY NOTICE

3    ON MR. COHEN; THAT IS, SERVICE ON, ON YOUR OFFICE

4    AT 1390 MARKET STREET IN SAN FRANCISCO WOULD BE

5    SUFFICIENT FOR PURPOSES OF NOTICE AND SERVICE OF

6    ANY MATTERS THAT HAVE TO BE SERVED ON MR. COHEN.

7         AND, AND, OF COURSE, HE MAY SUBSTITUTE

8    SOMEONE ELSE BUT THAT SUBSTITUTION WOULD REQUIRE,

9    WOULD REQUIRE AN ORDER OF THE COURT; IN OTHER

10   WORDS, I WON'T ACCEPT THE LAWYERS AGREEING TO IT.

11        I WANT SOMEONE PHYSICALLY PRESENT IN

12   COURT AGREEING TO NOW SUBSTITUTE, SUBSTITUTE SO

13   THAT YOU WOULD THEN BE RELIEVED OF ORDER OF COURT.

14   UNTIL RELIEVED, SERVICE ON YOU IS SUFFICIENT FOR

15   SERVICE ON MR. COHEN.  THE IMPORT OF THAT,

16   MR. COHEN, IS THAT IF I ISSUE AN ORDER, AND IT'S

17   SERVED ON MR. TEICH, THAT'S CONSIDERED SERVICE ON

18   YOU.  YOU COULD BE HELD IN CONTEMPT FOR VIOLATING

19   AN ORDER OF THE COURT IF IT'S SERVED ON YOU AND YOU

20   HAVE NOTICE OF IT.  BY MR. TEICH STEPPING FORWARD

21   AND ACCEPTING SERVICE ON YOUR BEHALF, THE COURT

22   WILL REGARD THAT AS PERSONAL SERVICE ON YOU.

23        AND DO YOU UNDERSTAND THAT, SIR?

24        THE DEFENDANT:  I UNDERSTAND THAT AND

25   ACCEPT THAT.

                                                36

U.S. COURT REPORTERS

1          THE COURT:  AND DO YOU AGREE TO ALLOW

2   MR. TEICH TO SERVE IN THAT REGARD?

3          THE DEFENDANT:  YES, SIR.

4          THE COURT:  AND, MR. TEICH, YOU'RE

5   AGREEING TO SERVE IN THAT REGARD?

6          MR. TEICH:  ABSOLUTELY.

7          MR. IDELL:  YOUR HONOR, THE NEXT MATTER

8   IS THAT WE WOULD LIKE A STIPULATION THAT WE CAN

9   SUBMIT TO YOU LETTERS ROGATORY FOR THIS OUT OF THE

10  COUNTRY DISCOVERY THAT WE'RE GOING TO HAVE TO DO IN

11  ORDER TO, TO GET FURTHER INFORMATION REGARDING BANK

12  ACCOUNTS.

13         WE DIDN'T HAVE THOSE LETTERS ROGATORY

14  PREPARED FOR TODAY AND WE WANT TO MAKE SURE THAT,

15  THAT GOING FORWARD WE'RE NOT GOING TO HAVE ANY

16  ISSUE OF, OF BEING ABLE TO GET THOSE LETTERS

17  ROGATORY ISSUED.

18         THE COURT:  WHAT -- YOU WON'T -- THAT'S A

19  NORMAL CIVIL DISCOVERY PROCESS.  YOU DON'T NEED A

20  STIPULATION FOR THAT.

21         ALL YOU HAVE TO DO IS TO PREPARE THEM IN

22  PROPER FORM.

23         MR. IDELL:  AND SUBMIT THEM TO YOUR

24  HONOR.

25         THE COURT:  YES.

                                           37

1

2

3

4            CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

15   AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

16   AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22            _Irene Rodriguez_

23            IRENE RODRIGUEZ, CSR, CRR
              CERTIFICATE NUMBER CSR 8074

24

25

# EXHIBIT "B"

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Gary Kremen,                                    NO. C 98-20718 JW

              Plaintiff,                         **ORDER GRANTING DEFENDANT'S
       v.                                        MOTION FOR SUBSTITUTION OF
                                                 ATTORNEY**
Stephen Cohen, et al.,

              Defendants.
_____/

On February 26, 2007, the Court conducted a Hearing on Judgment/Debtor Satisfaction and Defendant Stephen Cohen's ("Cohen") Motion for Substitution of Attorney. In attendance were Richard Idell and Timothy Dillon, counsel for Plaintiff; Steve Teich, counsel for Cohen; and Cohen. The Court orders as follows:

1.    Pursuant to the parties' verbal stipulation during the hearing, service on Steve Teich's office, located at 1390 Market Street #310, San Francisco, CA 94102, is equivalent to personal service on Cohen. This is true for matters relating to both the civil and contempt proceedings in this case.

2.    Cohen's motion to substitute counsel for John Goalwin is granted as to himself only. Cohen shall represent himself in further proceedings before the Court.

3.    The Court grants Cohen's request to designate this case for e-filing. The parties shall electronically file any further documents in this case.

Dated: February 27, 2007

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chad S. Hummel chummel@manatt.com
Christopher L. Wanger cwanger@manatt.com
Daniel E. Alberti dalberti@mwe.com
David Henry Dolkas ddolkas@mwe.com
George G. Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
Jack S. Yeh jyeh@manatt.com
James M. Wagstaffe wagstaffe@kerrwagstaffe.com
John P. Kern jkern@manatt.com
Karl Stephen Kronenberger karl@kronenbergerlaw.com
Patricia  De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Steve Emery Teich steve.teich@sbcglobal.net
Terri R Hanley law@terrihanley.com

**Dated:  February 27, 2007**                          **Richard W. Wieking, Clerk**


By:   /s/ JW Chambers
         **Elizabeth Garcia**
         **Courtroom Deputy**

United States District Court
For the Northern District of California

# EXHIBIT "C"

Stephen Michael Cohen
A.V La Marina Edif.13 Dep.1
Fraccionamiento El Toro C.P 82120
Mazatlan, Sinaloa Mexico

Email mrstephenmcohen@yahoo.com

Attorney for Defendant in Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY KREMEN,

        Plaintiff,

vs.

STEPHEN MICHAEL COHEN, at al.,

        Defendants.

Case No. CV 98-20718 JW PVT

CHANGE OF ADDRESS, CANCELLATION OF ALL OTHER ADDRESSES AND A STIPULATION

Comes now, Judgment debtor and prior defendant Stephen Michael Cohen who changes his address effective this date and time to:

        Stephen Michael Cohen
        A.V La Marina Edif.13 Dep.1
        Fraccionamiento El Toro C.P 82120
        Mazatlan, Sinaloa Mexico

    All other address listed for Cohen with this entitled court as of this date and time are canceled and deemed null and void.

    Cohen stipulated and the court so ordered that Cohen would

CHANGE OF ADDRESS, CANCELLATION OF ALL OTHER ADDRESSES AND A STIPULATION
000002
1

accept service via the Court's ECF System on all documents served pursuant to Rule 5 of the Federal Rules of Civil Procedures.

Service of process for a "Judgment Debtor's Examination" requires service under Rule 4 of the Federal Rules of Civil Procedures, i.e., personal service.

Cohen hereby stipulates that he will waive service as required under Rule 4 of the Federal Rules of Civil Procedures relating to any "Judgment Debtor's Examination" upon the following terms and conditions:

A.  Cohen will appear at any location Plaintiff desire to hold a "Judgment Debtor's Examination" upon *prepayment of all required fees authorized by law including but not limited to airfare, taxi's, food, witness fees and hotel if the deposition continues more than 10 hours.*

B.  If Plaintiff desires to hold a "Judgment Debtor's Examination" in Mexico then Cohen will require service via the judicial police as required under Mexican Law with prepayment of all fees authorized by the Federal Rules of Civil Procedures at the time of service of process including any and all fees required under by Mexican Law.

Cohen is a resident of Mexico and does not own a business anywhere in the United States and/or for that matter anywhere else in the world.

Dated: 26 November 2007

/s _____,
Stephen Michael Cohen

CHANGE OF ADDRESS, CANCELLATION OF ALL OTHER ADDRESSES AND A STIPULATION
000003                                    2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF* system which will send notification of such filing to the following:

Richard J. Idell, Esq.
Idel & Seitel
465 California Street, Suite 300
San Francisco, CA 94104
Served via Email to: Richard.idell@idellseitel.com

Dillion and Gerardi,  APC
Attn.: Timothy P. Dillion, Esq.
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122
Served via email to: tdillon@dillongerardi.com

Steve Emery Teich, Esq.
1390 Market Street
Fox Plaza, Suite 310
San Francisco, CA 94102
Send via email to: steve.teich@sbcglobal.net

Dated: November 26, 2007                    /s
                                            Stephen Michael Cohen
                                            Attorney for Judgment Debtor
                                            In Pro Se

## CERTIFICATE OF SERVICE

# EXHIBIT "D"

Exhibit "D"

This message is not flagged. [ Flag Message - Mark as Unread ]

| Subject: | Judgment Debtor Exam |
| --- | --- |
| Date: | Mon, 26 Nov 2007 17:15:43 -0800 |
| From: | "Tim Dillon" <TDillon@dillongerardi.com>  View Contact Details   Add Mobile Alert |
| To: | "Stephen Cohen" <mrstephenmcohen@yahoo.com> |
| CC: | "Nadya Spivack" <NSpivack@dillongerardi.com> |

Dear Mr. Cohen:

I am writing you in order to reset your judgment debtor examination.  I would prefer to agree upon a date and time that you would appear at my office to avoid filing a motion and setting a date at our convenience.  Would you kindly let me know when you are available to come to our office.  If we do not hear back from you by Friday, we will file our request with the Court and set your examination at the earliest possible date.

Yours Very Truly,

Timothy P. Dillon
Dillon & Gerardi, APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122
tel (858) 587-1800
fax (858) 587-2587

CONFIDENTIAL COMMUNICATION - THIS MESSAGE IS INTENDED SOLELY FOR THE USE AND VIEW OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. MAIL.  THANK YOU.

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| Date: | Mon, 26 Nov 2007 22:42:53 -0800 (PST) |
| --- | --- |
| From: | "Stephen Cohen" <mrstephenmcohen@yahoo.com>   Add to Address Book    Add Mobile Alert |
| Subject: | Re: Judgment Debtor Exam |

**To:** "Tim Dillon" <TDillon@dillongerardi.com>

Dear Mr Dillon:

I just filed a change of address and I have agreed to appear at any JD hearing you set anywhere you desire.

I will not be able to appear for a JD hearing for the next week or so.  I am currently resting due to extreme high blood pressure.  210/130.

I am hoping that my blood pressure will drop within the next few days due to new med's I am taking.  If so, then I have no problem appearing for your JD hearing as soon as you desire.

As you are aware, the Federal Rules of Civil Procedures requires that you prepay all fees for my appearance as a Judgment debtor.

Since I am broke and without any assets these fees must be prepaid in advance without exception.

Please let me know where you want to hold this examination, the date and time of the examination that is convenient to you, and the total hours that you will examine me.

With this information, I will contract the United States Marshall Office to determine the correct fees that have to be prepaid including my transportation, food, witness fees and hotel if necessary.

I will then contact you and give you the name and phone number of the person at the Marshall's office so you can verify the fees required to be paid in advance.

I will then go to a bank and open an account so you can wire the funds as authorized under law.

Thank you

Stephen Michael Cohen

000007

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| | |
|---|---|
| **Subject:** | RE: Judgment Debtor Exam |
| **Date:** | Tue, 27 Nov 2007 14:40:31 -0800 |
| **From:** | "Tim Dillon" <TDillon@dillongerardi.com>   📷View Contact Details   📱 Add Mobile Alert |
| **To:** | "Stephen Cohen" <mrstephenmcohen@yahoo.com> |

Mr. Cohen:

We find your claim that you have moved suspect.  Would you kindly provide us with some additional information that would support your assertion.  Your claim that you have relocated does not change your prior representations to the court regarding service nor that you would appear in San Diego .  We look forward to reviewing any additional information you can provide and hope that your health improves soon.

Tim Dillon
Dillon & Gerardi, APC

000009

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| | |
|---|---|
| **Subject:** | RE: Judgment Debtor Exam |
| **Date:** | Tue, 27 Nov 2007 16:24:03 -0800 |
| **From:** | "Tim Dillon" <TDillon@dillongerardi.com>  ✉View Contact Details  ▯ Add Mobile Alert |
| **To:** | "Stephen Cohen" <mrstephenmcohen@yahoo.com> |

Mr. Cohen:

In spite of the differences between you and our client, I bear no ill will toward you or your health.

With respect to your email, please provide me with John Hawkins information.  I look forward to speaking with him.

When did you move?  How many days a week/month do you reside in Mazatlan ?  If we are going to accept your representation, without involving Judge Ware, we need additional information.  Otherwise, we intend to obtain an order for you to appear without precondition on a mutually agreeable date.

Tim Dillon
Dillon & Gerardi, APC

---

**From:** Stephen Cohen [mailto:mrstephenmcohen@yahoo.com]
**Sent:** Tuesday, November 27, 2007 4:24 PM
**To:** Tim Dillon
**Subject:** RE: Judgment Debtor Exam

Dear Mr. Dillon:

Thank you for your remarks about my health.

I moved into an apartment owned by John Hawkins, who is a client of Robert Meredith.

Because of Bob, John is not charging me and has allowed me to stay as long as I desire at his place.  If you wish verification, you are welcome to contract Bob Meredith at his law offices in Salt Lake City, Utah .  Bob has been a member of the bar for over 30 years and currently sits on the Utah State Bar Committee and is a member in good standing of the Utah State Bar.

Relating to my representations to the court, it has never changed.

I stipulated that I would appear in San Diego , however, <u>at no time, did I ever agree to waive the statutory fees allowed by law nor would I</u>.  These fees were set by the United States Congress and incorporated in the Federal Rules of Civil Procedures and furthermore they have been upheld by the United States Supreme Court.

I look forward to seeing you at my JD Hearing.

Respectfully,


Stephen Michael Cohen

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| | |
|---|---|
| **Subject:** | RE: Judgment Debtor Exam |
| **Date:** | Tue, 27 Nov 2007 16:24:03 -0800 |
| **From:** | "Tim Dillon" <TDillon@dillongerardi.com>  📇View Contact Details  📱 Add Mobile Alert |
| **To:** | "Stephen Cohen" <mrstephenmcohen@yahoo.com> |

Mr. Cohen:

In spite of the differences between you and our client, I bear no ill will toward you or your health.

With respect to your email, please provide me with John Hawkins information. I look forward to speaking with him.

When did you move? How many days a week/month do you reside in Mazatlan ? If we are going to accept your representation, without involving Judge Ware, we need additional information. Otherwise, we intend to obtain an order for you to appear without precondition on a mutually agreeable date.

Tim Dillon
Dillon & Gerardi, APC

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| | |
|---|---|
| **Date:** | Tue, 27 Nov 2007 21:38:19 -0800 (PST) |
| **From:** | "Stephen Cohen" <mrstephenmcohen@yahoo.com>  📇Add to Address Book  📱 Add Mobile Alert |
| **Subject:** | RE: Judgment Debtor Exam |
| **To:** | "Tim Dillon" <TDillon@dillongerardi.com> |

Dear Mr. Dillon:

John is currently in the United States and you can reach him through Bob's office. I would assume he would give you whatever you request.

I moved here two weeks ago. This is my permanent resident address.

000012

I have no objections to you getting an order from the court providing that the statutory fees are paid in advance.

You of course are welcome to come to Mazatlan with your court reporter and whom else you wish to bring.

If you want to have the JD Hearing here in Mazatlan then under Mexican and American law you must first obtain a new "Letter Rogatory" from Judge Ware for delivery to the Mexican Government.  These letters are only good for a limited period of time in Mexico.

I will not object to you obtaining a "letter of Rogatory" for the taking of my deposition.

Once you have obtained the signed "letter of Rogatory", you will need to process it through the Mexican Government and the Mexican Judicial Police. This should take no more than 1 year.

Please bear in mind that from Mazatlan to your office is no less than 1425 street miles or 923.29 air miles from Airport to airport.

You of course can do as you wish and seek an order from Judge Ware authorizing the taking of my deposition in Mexico or I can come to the United States.

In any case, I am still entitled to the statutory fees which must be paid in advance.

If you do the research, you will learn that I am under no obligation to take this deposition in the United States since I am a full time resident of Mexico.  However, I waive this in order to make life easy for you.

Respectfully,


Stephen Michael Cohen

000013

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| **Subject:** | Kremen v. Cohen |
|---|---|
| **Date:** | Wed, 20 Feb 2008 13:26:46 -0800 |
| **From:** | "Tim Dillon" <TDillon@dillongerardi.com>   Add Mobile Alert |
| **To:** | "Stephen Cohen" <mrstephenmcohen@yahoo.com>, "Nadya Spivack" <NSpivack@dillongerardi.com> |
| **CC:** | "Steve Teich" <steve.teich@sbcglobal.net> |

Dear Mr. Cohen:

We are in the process of scheduling your deposition as a Judgment Debtor.  Please advise us when you are available for your deposition in our offices in San Diego between March 24 – April 4th.  We will use your input in our request to the Court.

Yours Very Truly,

Timothy P. Dillon
Dillon & Gerardi, APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122
tel (858) 587-1800
fax (858) 587-2587

CONFIDENTIAL COMMUNICATION - THIS MESSAGE IS INTENDED SOLELY FOR THE USE AND VIEW OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. MAIL.  THANK YOU.

This message is not flagged. [ Flag Message - Mark as Unread ]

| **Date:** | Wed, 20 Feb 2008 14:51:51 -0800 (PST) |
|---|---|
| **From:** | "Stephen Cohen" <mrstephenmcohen@yahoo.com>   Add to Address Book   Add Mobile Alert |
| **Subject:** | Re: Kremen v. Cohen |

| **To:** | "Tim Dillon" <TDillon@dillongerardi.com> |

Dear Mr. Dillon:

When you mentioned filing with the court, I remembered that Judge Ware has never ruled on the fraudulent and perjurious statement made by Richard Idell, in his prior motion for a Judgment Debtor's Examination.   Consequently, I am working on a motion for an immediate ruling by Judge Ware.   That should be filed by tomorrow.

You are welcome to schedule the deposition at any time that is convenient to you between the dates of March 24 – April 4th

Please let me know as soon as possible:

The date of the deposition.

The time period that you will examine me;

If this examination will continue more than one day;

With this information I will contact the United States Marshall to determine what the correct fees are that have to be paid in advance.

I will then give you the name and telephone number of the United States Marshall to whom I have spoken to, so you can verify the information given to me by the United States Marshall.

I will then go to a local bank here and open up an account so you can wire funds as required by the Federal Rules of Civil Procedures.

Upon receipt of your funds, I will make airline reservations and book my hotel if necessary.

Stephen Michael Cohen

---

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| **Subject:** | RE: Kremen v. Cohen |
| **Date:** | Wed, 20 Feb 2008 14:50:43 -0800 |
| **From:** | "Tim Dillon" <TDillon@dillongerardi.com>   📧 Add Mobile Alert |
| **To:** | "Stephen Cohen" <mrstephenmcohen@yahoo.com> |
| **CC:** | "Nadya Spivack" <NSpivack@dillongerardi.com> |

000016

Mr. Cohen:

Thank you for your prompt response.  Based upon your email, it appears that we are free to schedule your deposition any day we choose during the March 24th – April 4th time period.  Based upon your open schedule, we choose March 31st at 10:00 AM at our offices (subject to approval by the Court).

We disagree and dispute the need to provide you with funds to appear for your Debtor's examination.

Tim Dillon
Dillon & Gerardi, APC

000017

# EXHIBIT "E"

Exhibit "E"

1   Stephen Michael Cohen
    A.V La Marina Edif.13 Dep.1
2   Fraccionamiento El Toro C.P 82120
    Mazatlan, Sinaloa Mexico
3
    Email mrstephenmcohen@yahoo.com
4
    Attorney for Judgment Debtor
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12                                    ) Case No. CV 98-20718 JW PVT
    GARY KREMEN,                       )
13                                    ) NOTICE OF REVOCATION AND
              Plaintiff,              ) AGREEMENT TO APPEAR AT A
14                                    ) JUDGMENT DEBTOR'S EXAMINATION
         vs.                          ) IN SAN DIEGO, CALIFORNIA AND A
15                                    ) NOTICE OF REVOCATION OF A WAIVER
                                      ) OF RULE 4(f) SERVICE AS REQUIRED
16                                    ) UNDER THE FEDERAL RULES OF
17   STEPHEN MICHAEL COHEN, at al.,   ) CIVIL PROCEDURES
                                      )
18                                    )
              Defendants.             )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24   _____)

25

26        TO ALL PARTIES, PLEASE TAKE NOTICE:

27        COMES NOW, Stephen Michael Cohen, Judgment Debtor in the

28   above entitled case who hereby REVOKES his prior agreements to:


                         NOTICE OF REVOCATION
                                  1

1    Hold a "Judgment Debtor's Examination" outside of the legal

2    jurisdiction of Cohen's residence and place of employment in

3    Mazatlan, Mexico pursuant to Rule 4(f) of the Federal Rules of

4    Civil Procedures that is provided for persons residing and

5    employed outside of the United States and;

6    To be served pursuant to Rule 4 of the Federal Rules of

7    Civil Procedures for an order to appear for a Judgment Debtor's

8    Examination.

9    Attached hereto and incorporated herein, is Cohen's

10   declaration in support of his NOTICE OF REVOCATION for the

11   courts perusal.

12

13   Dated: February 21, 2008            Respectfully submitted,

14

15

16                                       /s/ _____
                                         Stephen Michael Cohen
17                                       Attorney for Judgment
                                         Creditor
18

19

20

21

22

23

24

25

26

27

28


                         NOTICE OF REVOCATION

                                   2

Stephen Michael Cohen
A.V La Marina Edif.13 Dep.1
Fraccionamiento El Toro C.P 82120
Mazatlan, Sinaloa Mexico

Email mrstephenmcohen@yahoo.com

Attorney for Judgment Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GARY KREMEN, | ) Case No. CV 98-20718 JW PVT |
| Plaintiff, | ) DECLARATION OF STEPHEN MICHAEL COHEN |
| vs. | ) |
| STEPHEN MICHAEL COHEN, at al., | ) Date:       March  31, 2008<br>) Time:       9:00 A.M.<br>) Courtroom:  8 |
| Defendants. | ) (Without oral argument) |
|  | ) Judge James Ware, Presiding |

I, Stephen Michael Cohen hereby declare that:

I am the judgment creditor in this entitled case.

DECLARATION OF STEPHEN MICAEHL COHEN IN SUPPORT OF HIS MOTION FOR A RULING

1

1     On or about February of 2006, I agreed to appear at a

2 judgment debtor's examination in San Diego, California.  At the

3 time I was residing in San Diego, California.

4     From June of 2006 forward to this date, Plaintiff and his

5 attorneys have scheduled numerous "Judgment Debtor's

6 Examinations" that in fact have never taken place.

7     On July 31, 2007 Plaintiff's attorney Richard Idell filed a

8 fraudulent and perjurious document for a scheduling of my

9 "Judgment Debtor's Examination" before this court which is the

10 subject of a hearing currently scheduled for March 30, 2008.

11    In Mr. Idell's application for a JD hearing, Mr. Idell

12 fraudulently stated that I resided, and or had a business

13 located within 50 miles of this court.  At the time Mr. Idell

14 made this fraudulent statement he knew that I was residing in

15 Tijuana, Mexico.

16    Mr. Idell's purpose in submitting a fraudulent application

17 for a "Judgment Debtor's Examination" was for the purpose of

18 giving this specific court jurisdiction to order myself to

19 appear at a "Judgment Debtor's Examination" to be held at Mr.

20 Idell's office in San Francisco, California.

21    On August 7, 2007, I and Richard Idell both appeared in

22 open court on my motion under Rule 60(B).  At that time, I

23 stipulated and agreed to appear on October 1, 2007 for a JD

24 examination to be held in San Diego, California.  The court

25 ordered Plaintiff and his attorneys to file and notify all

26 parties including myself as to the date, time and place of the

27 new scheduled JD examination.

28    No such notification was ever filed with the court by

DECLARATION OF STEPHEN MICAHEL COHEN IN SUPPORT OF HIS MOTION FOR A RULING

2

1   Plaintiff or his attorneys as ordered by this court. As a
2   result, no such examination ever took place.
3       In November of 2007, I moved to Mazatlan, Mexico which is
4   over 2000 driving miles from San Diego, California.
5       On November 26, 2007, I filed a change of address with the
6   court and consequently, all parties where notified via the ECF.
7       In my change of address, I again agreed to appear anywhere
8   Plaintiff or his attorney's wanted to hold a deposition provided
9   that they pay all fees as required under Title 28.
10      At this moment in time, I am under no notices to appear
11  before this entitled court, nor have I been notified to appear
12  at any judgment debtor's examinations by Plaintiff or his
13  attorneys.
14      **At this time, I hereby REVOKE my waiver of notification of**
15  **service of process as required by Rule 4 of the Federal Rules of**
16  **Civil Procedures and I further REVOKE my waiver to hold any**
17  **"Judgment Debtor's Examinations" outside of the jurisdiction of**
18  **my residence as provided under Rule 4(f) of the Federal Rules of**
19  **Civil Procedures.**
20      I declare under the penalty of perjury that the foregoing
21  is true and correct.
22      Executed on this 22[th] day of February, in the City of
23  Mazatlan, Mexico.

24

25

26

27                          /s/ _____
                            Stephen Michael Cohen
28                          Declarant

DECLARATION OF STEPHEN MICAHEL COHEN IN SUPPORT OF HIS MOTION FOR A RULING

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21ᵗʰ day of February, 2008, I electronically filed the foregoing

with the Clerk of the Court using the *CM/ECF* system which will send notification of such

filing to the following:

Richard J. Idell, Esq.
Idel & Seitel
465 California Street, Suite 300
San Francisco, CA 94104
Served via Email to: Richard.idell@idellseitel.com

Dillion and Gerardi,  APC
Attn.: Timothy P. Dillion, Esq.
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122
Served via email to: tdillon@dillongerardi.com

Steve Emery Teich, Esq.
1390 Market Street
Fox Plaza, Suite 310
San Francisco, CA 94102
Send via email to: steve.teich@sbcglobal.net

Dated: February 21, 2008                              /s
                                                      Stephen Michael Cohen
                                                      Attorney for Judgment Debtor
                                                      In Pro Se

## CERTIFICATE OF SERVICE

# EXHIBIT "F"

AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|

— Timothy P. Dillon, Esq. (SBN 190839)
Dillon & Gerardi, APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122

TELEPHONE NO.: (858) 587-1800    FAX NO.: (858) 587-2587
ATTORNEY FOR (Name): Plaintiff, Gary Kremen

NAME OF COURT: United States District of California
STREET ADDRESS: 280 South First Street
MAILING ADDRESS: 280 South First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District

PLAINTIFF: Gary Kremen

DEFENDANT: Stephen Cohen

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor    [ ] Third Person | C 98-20718 JW |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): Stephen Michael Cohen
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: March 31, 2008    Time: 10:30 A.M    Dept. or Div.:    Rm.:
Address of court [ ] shown above [X] is: Dillon & Gerardi, APC; 4660 La Jolla Village Dr. #775; San Diego, CA 92122

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person (name):
Steven Teich, ESQ. and the Court's electronic filing system

Date: _____

_____
JUDGE OR REFEREE
Honorable James Ware

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): _____ to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 26, 2008

Timothy P. Dillon, ESQ.          ▶          _____
(TYPE OR PRINT NAME)              (Continued on reverse)          (SIGNATURE OF DECLARANT)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER**<br>**FOR APPEARANCE AND EXAMINATION**<br>(Attachment — Enforcement of Judgment) | Legal Solutions Plus | Code of Civil Procedure<br>§§ 491.110, 708.110, 708.120 |

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

$65 million dollars plus accrued interest from April 3, 2001

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP,
## ASSOCIATION, TRUST, OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

# EXHIBIT "G"

1   Stephen Michael Cohen
    A.V La Marina Edif.13 Dep.1
    Fraccionamiento El Toro CP 82120
2   Mazatlan, Sinaloa Mexico

3   Email mrstephenmcohen@yahoo.com

4   Attorney for Judgment Debtor

5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
                            Case No. CV 98-20718 JW PVT
12  GARY KREMEN,

13          Plaintiff,            **DECLARATION OF O ROBERT**
                                  **MEREDITH**
14      vs.

15

16

17  STEPHEN MICHAEL COHEN, at al.,

18          Defendants.

19

20

21

22

23

24

25      I, O Robert Meredith, hereby state:

26      I am an attorney licensed to practice law before all Courts

27  in the State of Utah and I have been in practice for over 44

28  years.


                **DECLARATION OF O ROBERT MEREDITH**

                            1

1    I have served on several Utah State bar committees and I

2   have also served as chaplain for the Salt Lake Police Department

3   for many years.

4    One of my clients is a Mr. John Hawkins who has a residence

5   in Mazatlan, Mexico.  Mr. Hawkins agreed and allowed Stephen

6   Michael Cohen to reside at his residence in Mazatlan, Mexico

7   where Mr. Cohen has made this residence his permanent residence

8   address in Mexico.

9    At no time within the last three (3) months has anyone

10  representing Plaintiff Gary Kremen, or any of his attorneys

11  including representatives, agents or investigators have ever

12  called me nor asked me to verify information about Mr. Cohen's

13  residence in Mazatlan, Mexico.  Nor has anyone asked me to put

14  them in contact with John Hawkins.

15   I declare under the penalty of perjury that the foregoing is

16  true and correct.

17   Executed on this 27th day of February, 2008 in the City of

18  Salt Lake City, Utah.

19

20

21

22          O Robert Meredith
            Declarant
23

24

25

26

27

28

**DECLARATION OF O ROBERT MEREDITH**

# EXHIBIT "H"

Exhibit "H"

1  Stephen Michael Cohen
   A.V La Marina Edif.13 Dep.1
2  Fraccionamiento El Toro C.P 82120
   Mazatlan, Sinaloa Mexico
3  Tel Number: +52 443 148-0690
   Email mrstephenmcohen@yahoo.com

4  Attorney for Judgment Debtor



5

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11
                              )  Case No. CV 98-20718 JW PVT
12 GARY KREMEN,                )
                              )  JUDGMENT DEBTOR COHEN'S EX PARTE
13         Plaintiff,          )  MOTION TO APPEAR ON MARCH 31, 2008
                              )  AT 9:00 A.M. TELEPHONICALLY
14    vs.                      )
                              )
15                            )
                              )  Date:        March 31, 2008
16                            )  Time:        9:00 A.M.
                              )  Courtroom:   8
17 STEPHEN MICHAEL COHEN, at al., )
                              )
18         Defendants.         )  Judge James Ware, Presiding
                              )
19                            )
                              )
20                            )
                              )
21                            )
                              )
22                            )
                              )
23                            )
                              )
24                            )
                              )
25 _____)

26      Comes now Stephen Michael Cohen, judgment debtor who

27 applies ex party for permission to appear telephonically for the

28

JUDGMENT DEBTOR COHEN'S EX PARTE MOTION TO APPEAR ON MARCH 31, 2008
AT 9:00 A.M. TELEPHONICALLY
                              1

1  current appearance scheduled on March 31, 2007 at 9:00 A.M.

2  before the Honorable James Ware.

3      Said motion is pursuant to Local Rules 7-1(b), 7-10 and 7-

4  11.

5      Judgment Debtor's voice over IP number is 011 52 443 148-

6  0690 from the United States.

7      Said motion is based upon the attached declaration of

8  Stephen Michael Cohen.

9  Dated: March 4, 2008        Respectfully Submitted,

10

11

12

13        __/s/_____

          Stephen Michael Cohen
14        Attorney for Judgment Debtor

15

16  **\*\*\* ORDER \*\*\*\***

17      The Court DENIES Defendant Cohen's motion to appear telephonically for the

18  March 31, 2008 proceedings.  First, the Court does not have the facility to

19  accommodate telephonic appearances at this time.  Second, having brought a

20
21  motion before the Court, Defendant Cohen must appear to defend his motion.

22  Finally, the proceedings include a debtor's examination which must be conducted

23
24  personally.

25      Accordingly, the parties shall appear for the **March 31, 2008 hearing at 9 A.M.**

26  to respond to the various motions currently before the Court.

27

28  Dated:  March 11, 2008

          _____
          JAMES WARE
          United States District Judge

JUDGMENT DEBTOR COHEN'S EX PARTE MOTION TO APPEAR ON MARCH 31, 2008
AT 9:00 A.M. TELEPHONICALLY

2