IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gary Kremen, et al., | NO. C 98-20718 JW |
| Plaintiffs, | **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE JUDGMENT DEBTOR EXAMINATION** |
| v. | |
| Stephen Michael Cohen, et al., | |
| Defendants. | |

Presently before the Court is Gary Kremen's ("Plaintiff") *Ex Parte* Motion to Extend Time to Serve or, Alternatively to Continue the Judgment Debtor Examination.[1] On April 27, 2011, the Court granted Plaintiff's Application to Compel Defendant Stephen Cohen for Examination Re. Enforcement of Judgment and set June 20, 2011 as the date for the debtor examination. (See Docket Item No. 1401.) Plaintiff contends that he has been unsuccessful in locating Defendant to effectuate service of the Court's April 27 Order, as Defendant primarily resides in Mexico, and requests either an extension of the deadline to serve Defendant or a continuance of the June 20 examination date. (Motion at 2.)

Upon review, the Court finds good cause to continue the June 20 examination date in order to allow Plaintiff additional time to serve Defendant. Accordingly, the Court GRANTS Plaintiff's Administrative Motion to Continue Examination and CONTINUES the examination date.

---

[1] (*Ex Parte* Request for an Order Extending Time for a Plaintiff to Personally Serve on Defendant the Court's April 27, 2011 Order to Appear for Judgment Debtor Examination and File Certificate of Service, or, Alternatively, for an Order Resetting the Examination for a Later Date, hereafter, "Motion," Docket Item No. 1402.)

Defendant Stephen Cohen shall appear for a Judgment Debtor Examination on **September 19, 2011 at 9 a.m.** at the Phillip Burton Federal Building. Plaintiff shall serve this Order and the April 27 Order on Defendant before **August 19, 2011** and file a certificate of service with the Court.

Dated: June 2, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel E. Alberti dalberti@mwe.com
George Geoffrey Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
Howard Scott Leviant scott@spiromoss.com
James Matthew Wagstaffe wagstaffe@kerrwagstaffe.com
Joel R. Dichter dichter@dichterlaw.com
Karl Stephen Kronenberger karl@KBInternetlaw.com
Nadya Yael Spivack nspivack@dillongerardi.com
Patricia De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Terri R Hanley law@terrihanley.com
Timothy Patrick Dillon tdillon@dillongerardi.com

**Dated:  June 2, 2011**                                  **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
           **Susan Imbriani**
           **Courtroom Deputy**