1
2
3
4
5
6

**United States District Court**
For the Northern District of California

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10   Gary Kremen, et al.,                    NO. C 98-20718 JW

11              Plaintiffs,          **ORDER GRANTING ADMINISTRATIVE**
                                     **MOTION TO VACATE JUDGMENT**
12        v.                         **DEBTOR EXAM**

     Stephen Michael Cohen, et al.,
13
              Defendants.
14   _____/

15          Presently before the Court is Stephen Cohen's ("Defendant") Ex Parte Request to Remove

16   the Judgment Debtor's Hearing Currently Scheduled for September 19, 2011. (See Docket Item No.

17   1412.)  In his Motion, Defendant informs the Court that on July 12, 2011, upon the direction of the

18   Court's April 27, 2011 Order and at a location agreed upon by the parties, Defendant voluntarily

19   appeared for a judgment debtor exam before the Southern District of California, obviating the need

20   for Defendant's scheduled September 19, 2011 Exam. (Id. at 1.)  The Defendant further informs the

21   Court that the parties have stipulated that all future judgment debtor exams shall be held before the

22   Southern District of California. (Id. at 2.)  To date, Plaintiff has not filed a Response.

23          Upon review, the Court finds good cause to vacate the September 19, 2011 Judgment Debtor

24   Exam on the grounds that Defendant has appeared and completed the examination before the

25   Southern District of California in satisfaction of the Court's Orders. (See Docket Item Nos. 1401,

26   1408.)  Plaintiff has not filed a response to contradict Defendant's representation.

27
28

Accordingly, the Court GRANTS Defendant's Administrative Motion to Vacate the September 19 hearing.  However, to the extent that the parties wish to stipulate to the venue of future judgment debtor exams, the parties must file such a stipulation with the Court.

Dated:  August 1, 2011

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel E. Alberti dalberti@mwe.com
George Geoffrey Weickhardt gweickhardt@ropers.com
Glen H. Isaacs invalidaddress@invalidaddress.com
Howard Scott Leviant scott@spiromoss.com
James Matthew Wagstaffe wagstaffe@kerrwagstaffe.com
Joel R. Dichter dichter@dichterlaw.com
Karl Stephen Kronenberger karl@KBInternetlaw.com
Nadya Yael Spivack nspivack@dillongerardi.com
Patricia De Fonte Patricia.DeFonte@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com
Stephen Michael Cohen steve@meredithasociados.com
Terri R Hanley law@terrihanley.com
Timothy Patrick Dillon tdillon@dillongerardi.com

Dated:  **August 1, 2011**                    **Richard W. Wieking, Clerk**


                                              **By:      /s/ JW Chambers**
                                                   **Susan Imbriani**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28