Timothy P. Dillon, Esq. (SBN 190839)
DILLON MILLER AHUJA & BOSS, LLP
5872 Owens Ave., Ste. 200
Carlsbad, CA 92008
Telephone: (858) 587-1800
Email: tdillon@dmablaw.com

Attorneys for Plaintiff,

Gary Kremen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, | Case No.:  C 98 20718 JW PVT |
| Plaintiff, | **NOTICE OF RENEWAL OF JUDGMENT AGAINST DEFENDANTS** |
| vs. | |
| STEPHEN MICHAEL COHEN, *et al.*, | |
| Defendant. | |

TO JUDGMENT DEBTORS STEPHEN MICHAEL COHEN ("COHEN"), OCEAN FUND INTERNACIONAL, LTD., AND SANDMAN INTERNACIONAL, LTD.:

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the Application for Renewal of Judgment; supporting Declaration and Order for Renewed Judgment is attached to this notice.

Dated: January 22, 2021

_____
Deputy Clerk